In the Matter of the Claim of RICHARD J. ZIMMER, Respondent, *v.* CHARLES L. SEABURY & COMPANY et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*Workmen's compensation — award for disability to work arising from injury to eye.*

*Zimmer* v. *Seabury & Co.*, 194 App. Div. 944, affirmed.

(Argued June 6, 1921; decided July 14, 1921.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 24, 1920, unanimously affirming an award of the state industrial commission made under the Workmen's Compensation Law. Claimant was an electrician, and while grinding on an emery wheel in the course of his employment, some pieces of emery and steel flew into his eye. There was evidence that this has caused a nervous twitching of the eyelids and headaches so that claimant is unable to do his work. The award was for disability to work.

*William Warren Diminick* for appellants.

*Charles D. Newton, Attorney-General (E. C. Aiken* of counsel), for respondent.

40

Order affirmed, with costs; no opinion.

·Concur: HISCOCK, Ch. J., CHASE, HOGAN, POUND, McLAUGHLIN and ANDREWS, JJ. Absent: CRANE, J.